## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SAAD, EVAN S                                      §   Case No. 08-10104
      SAAD, FELICIA C                               §
                                                          §
Debtor(s)                                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $448,997.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,957.16 | Claims Discharged Without Payment: $133,269.49 |
| Total Expenses of Administration: $5,545.68 | |

    3) Total gross receipts of $ 7,502.84 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,502.84
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $380,172.50 | $380,172.50 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 4,045.59 | 5,545.68 | 5,545.68 | 5,545.68 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 6,666.16 | 6,666.16 | 1,957.16 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 133,269.49 | 133,269.49 | 0.00 |
| TOTAL DISBURSEMENTS | $4,045.59 | $525,653.83 | $525,653.83 | $7,502.84 |

4) This case was originally filed under Chapter 7 on April 23, 2008.
. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2009           By: /s/CHARLES J. MYLER
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors seller-financed sale of a restaurant Fox | 1129-000 | 7,500.00 |
| Interest Income | 1270-000 | 2.84 |
| **TOTAL GROSS RECEIPTS** | | $7,502.84 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hinsdale Bank & Trust Company | 4110-000 | N/A | 5,925.32 | 5,925.32 | 0.00 |
| CitiMortgage Inc. | 4110-000 | N/A | 374,247.18 | 374,247.18 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $380,172.50 | $380,172.50 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,500.09 | 1,500.09 | 1,500.09 |
| Charles J. Myler | 2200-000 | N/A | 45.59 | 45.59 | 45.59 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,545.68 | 5,545.68 | 5,545.68 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 3,200.16 | 3,200.16 | 939.56 |
| Illinois Department of Revenue | 5800-000 | N/A | 1,843.00 | 1,843.00 | 541.10 |
| Illinois Department of Revenue | 5800-000 | N/A | 1,623.00 | 1,623.00 | 476.50 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 6,666.16 | 6,666.16 | 1,957.16 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GE Consumer Finance | 7100-000 | N/A | 20,389.74 | 20,389.74 | 0.00 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 82.99 | 82.99 | 0.00 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 13,774.79 | 13,774.79 | 0.00 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 8,141.30 | 8,141.30 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 11,525.56 | 11,525.56 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,597.90 | 12,597.90 | 0.00 |
| Internal Revenue Service | 7100-000 | N/A | 1,107.24 | 1,107.24 | 0.00 |
| Hudson & Keyse LLC | 7100-000 | N/A | 6,485.76 | 6,485.76 | 0.00 |
| CHASE BANK USA | 7100-000 | N/A | 710.27 | 710.27 | 0.00 |
| CHASE BANK USA | 7100-000 | N/A | 4,938.33 | 4,938.33 | 0.00 |
| CHASE BANK USA | 7100-000 | N/A | 5,748.99 | 5,748.99 | 0.00 |
| Chase Bank USA, NA | 7100-000 | N/A | 8,734.05 | 8,734.05 | 0.00 |
| LVNV Funding LLC | 7100-000 | N/A | 494.83 | 494.83 | 0.00 |
| LVNV Funding LLC | 7100-000 | N/A | 8,318.19 | 8,318.19 | 0.00 |
| LVNV Funding LLC | 7100-000 | N/A | 2,157.06 | 2,157.06 | 0.00 |
| American InfoSource L.P. | 7100-000 | N/A | 27,754.49 | 27,754.49 | 0.00 |
| Illinois Department of Revenue | 7200-000 | N/A | 308.00 | 308.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 133,269.49 | 133,269.49 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-10104

**Case Name:** SAAD, EVAN S
SAAD, FELICIA C

**Period Ending:** 09/08/09

**Trustee:**  (330510)   CHARLES J. MYLER

**Filed (f) or Converted (c):** 04/23/08 (f)

**§341(a) Meeting Date:** 05/19/08

**Claims Bar Date:** 08/22/08

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) DA=§554(c) | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 419 Flagstone Ct., North Aurora, IL 60542, FMV b | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 218 Linn Ct. Unit C, North Aurora, IL 60542, FMV | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | on person | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America - Checking | 30.00 | 0.00 | DA | 0.00 | FA |
| 5 | cloth sofa, loveseat & chair (8 yo), 52" project | 1,796.00 | 0.00 | DA | 0.00 | FA |
| 6 | necessary wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | wedding bands & engagement ring, 1/2 ct diamond | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2007 income tax refund will be $151 federal and | 441.00 | 0.00 | DA | 0.00 | FA |
| 9 | Car accident claim from February 29, 2008, repre | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | 1995 Pontiac Grand Am, 140,000 miles, condition | 1,525.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Pontiac Montanna, 114,000 miles | 4,625.00 | 0.00 | DA | 0.00 | FA |
| 12 | Debtors seller-financed sale of a restaurant Fox | 0.00 | 0.00 | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.84 | FA |
| 13 | **Assets**    Totals (Excluding unknown values) | **$448,997.00** | **$0.00** | | **$7,502.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has settled adversary case; will seek approval of settlement by court and file final report

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008

**Current Projected Date Of Final Report (TFR):**    March 14, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 08-10104  
Case Name: SAAD, EVAN S  
SAAD, FELICIA C  
Taxpayer ID #: 35-6789344  
Period Ending: 09/08/09

Trustee: CHARLES J. MYLER (330510)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***_*****99-65 – Money Market Account  
Blanket Bond: $5,000,000.00  (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref#} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/08 | {12} | Andres Restaurant, Inc. | Payment on contract | 1129-000 | 500.00 | | 500.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 500.03 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.06 | | 500.09 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.05 | | 500.14 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.03 | | 500.17 |
| 12/01/08 | {12} | Andres Restaurant, Inc. | Final payment on settlement | 1129-000 | 7,000.00 | | 7,500.17 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 7,500.62 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,500.92 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,501.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,501.52 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,501.82 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,502.11 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,502.43 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,502.74 |
| 08/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 7,502.84 |
| 08/11/09 | | To Account #*******9966 | Transfer to checking | 9999-000 | | 7,502.84 | 0.00 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,502.84 | 7,502.84 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,502.84 | |
| Subtotal | 7,502.84 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $7,502.84 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-10104 |
| Case Name: | SAAD, EVAN S |
| | SAAD, FELICIA C |
| Taxpayer ID #: | 35-6789344 |
| Period Ending: | 09/08/09 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****99-66 – Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref#} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/09 | | From Account #*********9965 | Transfer to checking | 9999-000 | 7,502.84 | | 7,502.84 |
| 08/11/09 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 1,500.09 | 6,002.75 |
| 08/11/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 45.59 | 5,957.16 |
| 08/11/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 4,000.00 | 1,957.16 |
| 08/11/09 | 104 | Internal Revenue Service | SS#sxxxx1867 and 9482 | 5800-000 | | 939.56 | 1,017.60 |
| 08/11/09 | 105 | Illinois Department of Revenue | TIN 20-1834136 | 5800-000 | | 541.10 | 476.50 |
| 08/11/09 | 106 | Illinois Department of Revenue | TID#3709-9566 | 5800-000 | | 476.50 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,502.84 | 7,502.84 | $0.00 |
| Less: Bank Transfers | 7,502.84 | 0.00 | |
| Subtotal | 0.00 | 7,502.84 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $7,502.84 | |

| | |
|---|---|
| Net Receipts : | 7,502.84 |
| Net Estate : | $7,502.84 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****99-65 | 7,502.84 | 0.00 | 0.00 |
| Checking # ***-*****99-66 | 0.00 | 7,502.84 | 0.00 |
| | $7,502.84 | $7,502.84 | $0.00 |